UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DONNA CORNETT, et al.,

                                **Plaintiffs,**

              -against-

MELISSA AVILÉS-RAMOS, et al.,

                             **Defendants.**

-------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** ___ 4/30/2026

**25-CV-07244 (ALC)(SN)**

**CIVIL CASE MANAGEMENT**
**PLAN & SCHEDULING**
**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On Thursday, April 30, 2026, the parties appeared for an Initial Pretrial Conference. After review of the parties' joint submission, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings and Parties.** The parties may move to amend the pleadings or join additional parties until Friday, May 22, 2026. Any motion to amend filed after that date must satisfy the good cause standard of Rule 16(b)(4).

**Summary Judgment Motion.** Plaintiffs shall file their anticipated motion for summary judgment by no later than Wednesday, June 24, 2026. Defendants shall file their opposition brief by no later than Friday, July 24, 2026. Plaintiffs may file their reply brief by no later than Friday, August 7, 2026.

**SO ORDERED.**

                                              _____

                                   SARAH NETBURN
                                   United States Magistrate Judge

DATED:      April 30, 2026
              New York, New York